**Dismissed; Opinion Filed September 20, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01087-CV

### IN RE GREGORY GARDNER, Relator

**Original Proceeding from the Justice of the Peace, Precinct 1, Place 1**
**Dallas County, Texas**
**Trial Court Cause No. JE-190590311**

## MEMORANDUM OPINION

Before Justices Whitehill, Partida-Kipness, and Pedersen, III
Opinion by Justice Partida-Kipness

Before the Court is relator's September 6, 2019 petition for writ of mandamus in which he complains about a ruling from a Dallas County Justice of the Peace. This Court does not have writ jurisdiction over a justice of the peace unless the justice is interfering with our appellate jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (court of appeals may only issue writ of mandamus against district and county judges or as necessary to enforce its own jurisdiction); *see also In re Fountain*, No. 05-17-00949-CV, 2017 WL 3587120, at *1 (Tex. App.—Dallas Aug. 21, 2107, orig. proceeding). Because no appeal related to relator is pending in the Court, our jurisdiction is not in jeopardy. We therefore dismiss this proceeding for want of jurisdiction.

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
JUSTICE

191087F.P05